IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-58 |
| | ) | (Phillips / Guyton) |
| BILLY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Billy Miller's Motion to Examine Evidence, [Doc. 20]. The United States has responded that it is not in possession of the material described in defendant's motion, but agrees to provide the same should any of the requested items come into the possession or control of the government. [Doc. 21]. Accordingly, the Court finds that Billy Miller's Motion to Examine Evidence **[Doc. 20]** is moot and therefore is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge