IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-58 (Phillips / Guyton) |
| BILLY MILLER, | ) ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Billy Miller's Motion to Extend Motion Cut-Off Date [Doc. 24]. On July 23, 2007, this Court entered an order extending the time previously established for filing pretrial motions to October 1, 2007. [Doc. 17]. In the instant motion, Mr. Miller states that despite his attempts to ascertain the value of property which is the subject of the alleged theft charged in this indictment, he has been unable to obtain necessary information. Mr. Miller anticipates that his efforts may give rise to the need to file a pretrial motion addressing this issue beyond the deadline.

The nature of the pretrial relief generally described by Mr. Miller, exclusion of testimony regarding monetary value, falls within the description of a motion in limine. This Court will conduct a pretrial conference in this matter on October 23, 2007, at 9:30 a.m. At that time, the Court anticipates entry of a pretrial order which will reflect, at paragraph (f), the custom of this district that all motions in limine may be filed up to five working days before trial.

The Court finds that a blanket extension of the pretrial motions deadline is not warranted

under the circumstances described in Mr. Miller's motion. The Court is also cognizant of the rapidly approaching trial date in this matter, November 1, 2007. However, should Mr. Miller identify a specific motion that becomes ripe as his factual investigation proceeds, he should file a Motion for Leave to File as soon as practicable, along with the proposed late-filed motion.

Accordingly, Billy Miller's Motion to Extend Motion Cut-Off Date **[Doc. 24]** is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge